**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000550**
**10-OCT-2025**
**07:51 AM**
**Dkt. 27 OAWST**

NO. CAAP-25-0000550

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

RUTH K. CABAL and SERGIO V. CABAL, Plaintiffs-Appellants,
v. BANK OF AMERICA, N.A.; TAKESHI AKATSUKA, Individually
and as Trustee of the TAKESHI AKATSUKA TRUST dated
February 6, 2015; CORINNE C. AKATSUKA, Individually
and as Trustee of the CORINNE C. AKATSUKA TRUST
dated February 6, 2015; FIRST HAWAIIAN BANK,
Defendants-Appellees,
and
DOE DEFENDANTS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CC191000287)

ORDER
(By: Hiraoka, Presiding Judge, Wadsworth and McCullen, JJ.)

Upon consideration of the **Stipulation** for Dismissal
with Prejudice of Appeal, filed October 3, 2025, by Defendant-
Appellee Bank of America, the papers in support, and the record,
it appears that (1) the appeal has been docketed; (2) under
Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties
stipulate to dismiss the appeal with prejudice and bear their own
attorneys' fees and costs; and (3) the Stipulation is signed by
counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, October 10, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge